**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RAMARI BOONE-HAYE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1093-SLP |
| CHRIS WEST, et al., | ) | |
| Defendants. | ) | |
| | ) | |

**O R D E R**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Shon T. Erwin [Doc. No. 7]. The Magistrate Judge recommends that the Court dismiss this action without prejudice for various deficiencies in *pro se* Plaintiff's complaint. *Id*; Compl. [Doc. No. 1]. Petitioner filed an Objection to the R&R, [Doc. No. 8], stating that his "pleading deficiencies can be cured through amendment." He further requested "that the Court reject the recommendation of dismissal [and] grant leave to file [an amended complaint]." *Id.* On the same day Plaintiff filed his Objection to the R&R, he also filed a Motion for Leave to File Second [sic] Amended Complaint [Doc. No. 10].

The Court fully adopts the findings in the R&R, [Doc. No. 7], and concurs with the Magistrate Judge's analysis of deficiencies in Plaintiff's Complaint. However, in light of Plaintiff's Motion for Leave to File Second Amended Complaint, [Doc. No. 10], the Court re-refers this matter to the Magistrate Judge for further consideration. *Curley v. Perry*, 246 F.3d 1278, 1284 (10th Cir. 2001) ("[T]he district court should allow a plaintiff an opportunity to cure technical errors or otherwise amend the complaint when doing so would yield a meritorious claim."); *see also* Fed. R. Civ. P. 15(a)(1).

IT IS THEREFORE ORDERED that the Report and Recommendation, [Doc. No. 7], is ADOPTED in its entirety and the Complaint, [Doc. No. 1], is DISMISSED without prejudice.

IT IS FURTHER ORDERED that this matter is re-referred to the Magistrate Judge for further consideration of Plaintiff's claims.

IT IS SO ORDERED this 2nd day of September, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**